**Luke BURTON, Petitioner,**

**v.**

**R. C. TARTAR, Judge, Pulaski Circuit Court, Respondent.**

Court of Appeals of Kentucky.

Oct. 9, 1964.

Luke Burton, pro se.

PALMORE, Judge.

The petitioner, Luke Burton, a prisoner in the Kentucky State Penitentiary, seeks an order from this court directing the judge of the Pulaski Circuit Court to rule on his RCr 11.42 motion to vacate the judgment pursuant to which he is imprisoned. The motion having been overruled, it is now unnecessary that the relief be granted.

Mandamus is denied.